# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| INVEST VEGAS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>21 ST MORTGAGE CORPORATION, *et al.*,<br><br>        Defendants. | 2:15-cv-00644-JCM-VCF<br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel (ECF NO. 28).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (ECF NO. 28) is scheduled for 11:00 AM, June 20, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that a managing representative of Invest Vegas, LLC must attend the hearing at 11:00 AM, June 20, 2018, in Courtroom 3D.

DATED this 11th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE