BENJAMIN B. CHILDS, ESQ.
Nevada Bar No. 3946
318 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone :   (702) 251 0000
Facsimile :   (702) 384 1119
Email :      ben@benchilds.com
Attorney for MDM CONSULTANTS, INC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INVEST VEGAS, LLC | Case # 2:15-cv-00644-JCM-VCF |
| Plaintiff | |
| vs | |
| 21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMERCIAL LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES, INC; BERMUDA CONDOMINIUM RENTAL SERVICES INC; TICOR TITLE OF NEVADA, INC; HARLEE S CARTER; LANA CARTER; CARREN C. BOUTON; DOES I through X, Inclusive; ROE BUSINESS ENTITIES I through X, inclusive | STIPULATION TO MOVE HEARING DATE |
| Defendants | |

On July 22 MDM CONSULTANTS, INC filed a Motion to be added as a Plaintiff in this case, and for other relief [DE 43].  The Court set a hearing for August 28, 2019.  Due to a conflict in scheduling by Movant's attorney, the attorneys for MDM CONSULTANTS, INC and 21ST MORTGAGE CORPORATION have stipulated to reschedule the hearing to an alternative date in the near future.  Both counsel plan to attend the hearing.  Counsel are available the afternoons of the week of September 3, and the afternoons of September 9, 10, 11 and 13th.   No opposition has been filed to the Motion and It's not anticipated that any other counsel or party will be attending the hearing.

/s/ Michael R.Brooks                    /s/ Benjamin B. Childs
MICHAEL R BROOKS                  BENJAMIN B. CHILDS
Nevada Bar # 7287                       Nevada Bar # 3946
Attorney for 21ST MORTGAGE CORPORATION    Attorney for MDM CONSULTANTS, INC

IT IS HEREBY ORDERED that the hearing scheduled for August 28, 2019, is VACATED, and RESCHEDULED to 3:30 PM, September 3, 2019, in Courtroom 3D.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED:  8-20-2019