Michael R. Brooks, Esq. (007287)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
E-Mail: mbrooks@hutchlegal.com
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Defendant
21st Mortgage Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| INVEST VEGAS LLC, | CASE NO. 2:15-cv-00644-JCM-VCF |
| Plaintiff, | |
| vs. | |
| 21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMONWEALTH LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES INC.; TICOR TITLE OF NEVADA, INC; HARLEE S. CARTER; LANA CARTER; DARREN C. BOUTON; DOES I THROUGH X, INCLUSIVE; ROE BUSINESS ENTITIES I THROUGH X INCLUSIVE, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |
| Defendants. | |

Plaintiff MDM CONSULTANTS ("Plaintiff") and Defendant 21ST MORTGAGE CORPORATION ("Defendant"), (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree that the discovery deadlines be continued in this matter by an additional 60

days beyond the dates set forth in the September 19, 2019 Scheduling Order (ECF No. 52):

**LR 26-4(a) – Discovery Completed to Date**

1. On February 13, 2019, Defendant served a Subpoena to Produce Documents to non-party, Red Rock Financial, LLC.

2. On September 24, 2019, Defendant served its initial Rule 26 disclosures. On October 4, 2019, Defendant served its first supplement to the Rule 26 disclosures.

3. On September 24, 2019, Plaintiff served its initial Rule 26 disclosures.

4. On October 18, 2019, Defendant served a first set of written discovery upon Plaintiff in the form of Interrogatories, Requests for Production of Documents, and Requests for Admissions. Plaintiff's responses are currently due on January 31, 2019, due to a change in counsel.

5. Defendant originally noticed the deposition of Plaintiff's FRCP 30(b)(6) designee to take place on November 13, 2019, but the deposition was vacated due to Plaintiff's change in counsel.

6. On December 9, 2019, Plaintiff's current counsel served a demand for prior discovery. Defendant responded to the demand the same day.

7. On January 15, 2020, Plaintiff served a notice of subpoena duces tecum to Red Rock Financial Services.

8. On April 6, 21st Mortgage Responded to MDM's discovery requests including Requests for Admission, Requests for Production and Interrogatories.

**LR 26-4(b) – Discovery Remaining to be Completed**

9. Supplemental Disclosures.

10. Subpoenas to non-parties.

11. Depositions of witnesses, FRCP 30(b)(6) designees, and experts.

12. Initial expert and rebuttal expert disclosures.

13. Any other discovery within the applicable rules that the parties may believe is necessary.

**LR 26-4(c) – Reasons Why Remaining Discovery Cannot be Completed within Deadlines**

14. The initial discovery deadlines were set with Plaintiff's prior counsel in a discovery order signed by the Court on September 19, 2019. Prior counsel's Motion to Withdraw was granted on November 13, 2019. Plaintiff's current counsel appeared in the case on December 2, 2019.

15. The parties agreed to a first extension of the discovery deadlines in the September 19, 2019 discovery order on February 5, 2020 [Doc. 67].

16. Under the current deadlines, there are two obstacles to completing anticipated discovery. First, counsel for 21st Mortgage has recently relocated his practice due to the closure of the Kolesar & Leatham law firm. Secondly, the current COVID-19 health crisis has resulted in possible risks to the health of those involved in this matter.

**LR 26-4(d) – Proposed Schedule to Complete Remaining Discovery**

17. Based on the forgoing, good cause exists to extend the discovery deadlines by 60 days, which the Parties believe is sufficient time to complete the outstanding discovery.

   a. Discovery deadline: May 5, 2020 to July 6, 2020;

   b. Initial expert disclosures: March 6, 2020 to May 5, 2020;

   c. Rebuttal expert disclosures: April 3, 2020 to June 2, 2020;

   d. Deadline for dispositive motions: June 5, 2020 to August 4, 2020;

   e. Deadline for joint pre-trial order: July 3, 2020 to September 1, 2020 (or 30 days after the Court announces a decision on any dispositive motions).

DATED this 10th day of April, 2020.                DATED this 10th day of April, 2020.

By /s/ Michael R. Brooks                            By /s/ Michael N. Beede

Michael R. Brooks, Esq. (007287)                    Michael N. Beede Esq.
HUTCHISON & STEFFEN, PLLC                           Nevada Bar No. 13068
Peccole Professional Park                           James W. Fox, Esq.
10080 West Alta Drive, Suite 200                    Nevada Bar No. 13122
Las Vegas, Nevada 89145                             THE LAW OFFICE OF MIKE BEEDE, ESQ.
                                                    2470 St. Rose Parkway, Suite 307
*Attorneys for Defendant*                           Henderson, NV 89074
*21st Mortgage Corporation*
                                                    *Attorneys for Plaintiff*
                                                    *MDM Consultants, Inc.*

**ORDER**

IT IS SO ORDERED:

The discovery deadlines are hereby extended 60 days as follows:

a. Discovery deadline: May 5, 2020 to July 6, 2020;

b. Initial expert disclosures: March 6, 2020 to May 5, 2020;

c. Rebuttal expert disclosures: April 3, 2020 to June 2, 2020;

d. Deadline for dispositive motions: June 5, 2020 to August 4, 2020;

e. Deadline for joint pre-trial order: July 3, 2020 to September 1, 2020 (or 30 days after the Court announces a decision on any dispositive motions).

UNITED STATES MAGISTRATE JUDGE
Dated: 4-13-2020

Respectfully Submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Michael R. Brooks
Michael R. Brooks, Esq. (007287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*
*21st Mortgage Corporation*

*Invest Vegas LLC v. 21st Mortgage Corporation*, et al./Case No. 2:15-cv-00644-JCM-VCF
Stipulation and Order to Extend Discovery Deadlines (Second Request)