MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385.2500
Facsimile:  (702) 385.2086
Email:  mbrooks@hutchlegal.com

*Attorneys for 21st Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INVEST VEGAS, LLC; MDM CONSULTANTS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMERICAL LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES INC.; TICOR TITLE OF NEVADA, INC.; HARLEE S. CARTER; LANA CARTER; CARREN C. BOUTON; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive<br><br>    Defendants. | Case No.: 2:15-cv-00644-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT 21ST MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

|   |   |
|---|---|
| 1 | 21ST MORTGAGE CORPORATION |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | MDM CONSULTANTS, INC., |
| 5 | Counterdefendants. |

**STIPULATION TO CONTINUE HEARING ON DEFENDANT 21ST MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

WHEREAS, Counsel for 21ST MORTGAGE CORPORATION ("Defendant") is requesting a continuance of the hearing on Defendant's Motion for Summary Judgment to accommodate his personal schedule in light of his daughter's wedding on February 6, 2021;

WHEREAS, counsel for MDM CONSULTANTS ("Plaintiff") and Opposing Party has agreed to accommodate Plaintiff's counsel's request;

WHEREAS, the parties wish to continue this matter at least one week to a date convenient for the Court;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree to continue the hearing on Defendant 21st Mortgage Corporation's Motion for Summary Judgment to a date at the Court's convenience.

DATED this 2nd day of February, 2021.  DATED this 2nd day of February, 2021.

By /s/ Michael R. Brooks  
Michael R. Brooks, Esq. (007287)  
HUTCHISON & STEFFEN, PLLC  
Peccole Professional Park  
10080 West Alta Drive, Suite 200  
Las Vegas, Nevada 89145  

*Attorneys for Defendant*  
*21st Mortgage Corporation*

By /s/ Garrett R. Chase  
Garrett R. Chase, Esq. (014498)  
SHUMWAY VAN  
8985 South Eastern Avenue, Suite 100  
Las Vegas, Nevada 89123  

*Attorneys for Plaintiff*  
*MDM Consultants, Inc.*

**ORDER**

IT IS SO ORDERED:

The video hearing on the motion for summary judgment scheduled for February 5, 2021, is VACATED and RESCHEDULED.

Defendant 21st Mortgage Corporation's Motion for Summary Judgment shall be heard on February 19, 2021 at 1:00 PM a.m./p.m.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 2-3-2021

Respectfully Submitted by:

HUTCHISON & STEFFEN, PLLC

/S/ MICHAEL R. BROOKS
Michael R. Brooks, Esq. (007287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant*
*21st Mortgage Corporation*

The parties must email Tawnee Renfro with an email address to be used for the video conference hearing by noon, February 18, 2021.

The parties are directed to refer to ECF No. 86 for additional instructions regarding appearing at the video hearing.