GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: garrett@shumwayvan.com
*Attorney for MDM Consultants, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INVEST VEGAS LLC; MDM CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMONWEALTH LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES, INC; HARLEE S. CARTER; LANA CARTER; DARREN C. BOUTON; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X inclusive.<br><br>Defendants. | Case No.: 2:15-cv-00644-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL ORDER DEADLINE AND CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

Plaintiff MDM Consultants ("Plaintiff") and Defendant 21st Mortgage Corporation ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that the pre-trial deadlines in this matter be continued by 60 days to allow the Court to resolve Defendant's pending Motion for Reconsideration, and to allow the Parties to discuss potential resolution of this matter. Specifically, the Parties are requesting that the current deadline to submit the Joint Pretrial Order, currently scheduled for April 5, 2021, be extended 60 days or to after such time as this Court has resolved the pending Motion for

1

1  Reconsideration. Though not yet scheduled, the Parties also request that the trial in this matter be
2  continued accordingly. This is the first stipulation of the Parties to continue these deadlines, and
3  the time of trial in this matter. As the relevant timelines have not lapsed, and as this request will
4  allow the parties to discuss settlement potential and allow the Court time to resolve Defendant's
5  pending Motion for Reconsideration, good cause exists for this stipulated request. Further, this
6  Stipulation complies with the relevant provisions of LR IA 6-1(a) and LR 26-4. Accordingly, the
7  Parties propose that the deadline for the Joint Pretrial Order be continued until June 4, 2021, or 30
8  days after the Court announces its decision regarding Defendant's Motion for Reconsideration.

DATED this 30th day of March, 2021.

**SHUMWAY VAN**

By: */s/ Garrett R. Chase*
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorney for MDM Consultants, Inc.*

DATED this 30th day of March, 2021.

**HUTCHINSON & STEFFEN, PLLC**

By: /s/ Michael R. Brooks
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorney for 21st Mortgage Corporation*

## ORDER

Upon Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

    a. Deadline to for Joint Pretrial Order: June 4, 2021.

**IT IS SO ORDERED.**

_____
Cam Ferenbach
United States Magistrate Judge

March 31, 2021

Respectfully Submitted by:

**SHUMWAY VAN**

BY: */s/ Garrett R. Chase*
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89123
*Attorney for MDM Consultants, Inc.*

SHUMWAY • VAN
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779