# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INVEST VEGAS LLC; MDM CONSULTANTS, INC., | |
| Plaintiff, | 2:15-cv-00644-VCF |
| vs. | **ORDER** |
| 21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMONWEALTH LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES, INC; HARLEE S. CARTER; LANA CARTER; DARREN C. BOUTON; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendant. | |

The Court has reviewed the Notice of Settlement (ECF No. 109). The parties request that all deadlines are vacated.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 3, 2021.

IT IS FURTHER ORDERED that all deadlines are STAYED.

DATED this 3rd day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE