Michael R. Brooks, Esq. (007287)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
E-Mail: mbrooks@hutchlegal.com
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Attorneys for Defendant
21st Mortgage Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INVEST VEGAS LLC, | CASE NO. 2:15-cv-00644-VCF |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| 21ST MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA; COMMONWEALTH LAND TITLE INSURANCE COMPANY; ONTARIO CONDOMINIUM RENTAL SERVICES INC.; TICOR TITLE OF NEVADA, INC; HARLEE S. CARTER; LANA CARTER; DARREN C. BOUTON; DOES I THROUGH X, INCLUSIVE; ROE BUSINESS ENTITIES I THROUGH X INCLUSIVE, | |
| Defendants. | |

Plaintiff MDM CONSULTANTS ("Plaintiff") and Defendant 21ST MORTGAGE CORPORATION ("Defendant"), (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED by and between Plaintiff, MDM Consultants, Inc. and Defendant, 21st Mortgage, through their undersigned counsel, that all claims are immediately dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear his/its own attorneys' fees and costs associated with this matter.

DATED this 7th day of September, 2021.                    DATED this 7th day of September, 2021.

/s/ Michael R. Brooks                                      /s/ Garrett Chase

By _____                          By _____

Michael R. Brooks, Esq. (007287)                           Garrett Chase, Esq.
HUTCHISON & STEFFEN, PLLC                                  SHUMWAY VAN
Peccole Professional Park                                  8985 S. Eastern Avenue
10080 West Alta Drive, Suite 200                           Suite 100
Las Vegas, Nevada 89145                                    Las Vegas, Nevada 89123

*Attorneys for Defendant*                                  *Attorney for Plaintiff*
*21st Mortgage Corporation*                                *MDM Consultants, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 9-8-2021

Respectfully Submitted by:

HUTCHISON & STEFFEN, PLLC

   /s/ *MICHAEL R. BROOKS*
Michael R. Brooks, Esq. (007287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*21st Mortgage Corporation*